Entered on Docket July 30, 2015

**Below is the Order of the Court.**

_____
**Chris M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re ) | |
| ) | |
| SCOTT JOSHUA DAWSON ) | |
| ) | CASE NO: 15-11724 |
| ) | |
| Debtors. ) | ORDER FOR EXAMINATION OF |
| ) | NATIONAL WARRANTY |
| ) | |
| ) | |

The debtor having moved this court for an order for a 2004 examination of National Warranty, it is hereby ordered:

National Warranty, is required to produce to the Law Offices of Jason Anderson at 8015 15th Ave NW Ste 5, Seattle, WA 98117 the following documents within fourteen days of a subpoena issued by counsel for the debtor to National Warranty based on this order:

1. All records with respect to a warranty provided to Scott Dawson for a 2015 Toyota Prius, VIN JTDKN3DU2F0420795. The related contract signed on or about December 9, 2014.

~~This Order is intended to be broad and all encompassing, includes but is not limited to all communications in electronic formats, and includes all communications from any agents or~~

ORDER FOR 2004 EXAM -1

Law Office of Jason E. Anderson
8015 15TH Ave NW
Seattle, WA 98117
(206) 706-2882 / Fax (206) 783-0653
email: Jason@jasonandersonlaw.com

~~attorneys on behalf of named entities or individuals, as limited only by any applicable privilege for attorney-client communications.~~

/// End of Order ///

\_/s/ Jason Anderson\_

Jason Anderson WSBA #32232
Attorney for Debtor

ORDER FOR 2004 EXAM -2

Law Office of Jason E. Anderson
8015 15TH Ave NW
Seattle, WA 98117
(206) 706-2882 / Fax (206) 783-0653
email: Jason@jasonandersonlaw.com

Case 15-11724-CMA    Doc 27    Filed 07/30/15    Ent. 07/30/15 07:49:03    Pg. 2 of 2