Jason E. Anderson
8015 15th Ave NW Ste 5
Seattle, WA 98117
(206) 706-2882

Hon. Alston
Chapter 13
**Hearing:** February 11, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re )
)
SCOTT JOSHUA DAWSON )
) CASE NO: 15-11724
)
Debtors. )
) OBJECTION TO CLAIM OF TOYOTA
) MOTOR CREDIT CORPORATION
) (CLAIM 3-1)
)

Scott Dawson hereby objects to the claim of Toyota Motor Credit Corporation (Claim 3-1) on the basis that Toyota Motor Credit Corporation has failed to credit a refund of $2270.00 issued by National Warranty to Toyota Motor Credit Corporation on May 29, 2015.

Despite attempts to resolve this matter amicably, Toyota Motor Credit Corporation has not acknowledged receipt of these funds and modified the claim in this case. If the claim is not revised to account for this refund, Toyota Motor Credit would receive a windfall.

The debtor reserves the issue as to whether attorney fees are appropriate for a separate motion.

OBJECTION TO CLAIM -1

Law Office of Jason E. Anderson
8015 15TH Ave NW
Seattle, WA 98117
(206) 706-2882 / Fax (206) 783-0653
email: Jason@jasonandersonlaw.com

1       January 2, 2016

2       _/s/ Jason Anderson __
       Jason Anderson WSBA #32232
3      Attorney for Debtor

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OBJECTION TO CLAIM     -2

Law Office of Jason E. Anderson
8015 15TH Ave NW
Seattle, WA 98117
(206) 706-2882 / Fax (206) 783-0653
email: Jason@jasonandersonlaw.com

Case 15-11724-CMA    Doc 29    Filed 01/06/16    Ent. 01/06/16 16:38:53    Pg. 2 of 2