**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re ) <br> ) <br> SCOTT JOSHUA DAWSON ) <br> ) <br> ) <br> ) <br> Debtors. ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | <br> <br> <br> <br> CASE NO: 15-11724 <br> <br> ORDER FOR PRE-CONFIRMATION FEES |

THIS MATTER came before the Court on the Attorney's Application for Compensation in a Chapter 13 Case filed by <u>Jason Anderson</u> ("Applicant"). Based on the application,

It is hereby ORDERED that:

1. Applicant is awarded compensation of $_6,604.00_ as an administrative expense under 11 U.S.C. § 503(b).

2. The compensation shall be paid according to the confirmed plan or, if a plan is never confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).

3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to debtor(s) in care of the Applicant, if the Applicant is the debtor(s)' attorney at the time of dismissal or conversion.

OAPPLICATION FOR ATTORNEY FEES         -1

Law Office of Jason E. Anderson
8015 15TH Ave NW
Seattle, WA 98117
(206) 706-2882 / Fax (206) 783-0653
email: Jason@jasonandersonlaw.com

Case 15-11724-CMA    Doc 41    Filed 09/29/16    Ent. 09/29/16 12:07:16    Pg. 1 of 2

**Below is the Order of the Court.**

/ / /End of Order/ / /

Presented by:

    _/s/ Jason Anderson __
    Jason Anderson WSBA #32232
    Attorney for Debtor

OAPPLICATION FOR ATTORNEY FEES     -2

Law Office of Jason E. Anderson
8015 15TH Ave NW
Seattle, WA 98117
(206) 706-2882 / Fax (206) 783-0653
email: Jason@jasonandersonlaw.com

Case 15-11724-CMA    Doc 41    Filed 09/29/16    Ent. 09/29/16 12:07:16    Pg. 2 of 2