UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

The Cases of Robinson Tait, P.S..

NOTICE OF TERMINATION OF OPERATIONS

To all parties in interest:

Robinson Tait, P.S., filed a petition for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Western District of Washington on April 2, 2018. The case number is 18-11373. The Debtor has no employees, operations, and does not represent any party in this matter going forward.

Filed by:

BUSH KORNFELD LLP

By  /s/ Thomas A. Buford
Thomas A. Buford, WSBA #52969
Aditi Paranjpye, WSBA #53001
Attorneys for Nancy L. James, Ch. 7 Trustee

NOTICE OF TERMINATION
OF OPERATIONS – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2323 20181 cd168k04et
Case 15-11724-CMA    Doc 42    Filed 04/25/18    Ent. 04/25/18 13:04:52    Pg. 1 of 1